# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4836
_____

STAR POINTE CAPITAL, LLC, as
Trustee of the 3057 Haley Lane
Land Trust,

   Appellant,

   v.

ROBERT M. SCHVEY, et al.,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tyrie Boyer, Judge.

March 29, 2019

PER CURIAM.

   AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bryant H. Dunivan of Owen & Dunivan, PLLC, Tampa, for Appellant.

Seth L. Rothstein of Adams Rothstein & Siegel, Jacksonville; Daniel M. Copeland of Daniel M. Copeland, Attorney at Law, P.A., Jacksonville, for Appellee.